# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EARL CROSTON, JR.**                                                                    **PLAINTIFF**

**v.**                          Case No. 4:16-cv-00595-KGB

**BRIAN S. MILLER**                                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Order entered on this date, plaintiff Earl Croston, Jr.'s complaint is dismissed with prejudice.

So adjudged this the 31st day of August, 2017.

_____
Kristine G. Baker
United States District Judge